# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2167 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 73 DB 2015 |
| | : | |
| v. | : | Attorney Registration No. 19964 |
| | : | |
| ARTHUR J. SMITH, | : | (Allegheny County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of October, 2018, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Arthur J. Smith is suspended on consent from the Bar of this Commonwealth for a period of five years, retroactive to July 5, 2015. He shall comply with all the provisions of Pa.R.D.E. 217.

Respondent shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.